UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUNN BRITT,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DR. SOUFERZADEH,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00131-JVS-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 21, 2022

JAMES V. SELNA
United States District Judge